1  McGREGOR W. SCOTT
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, Ca 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:17-cr-00305 LJO/SKO |
| Plaintiff, | **STIPULATION TO CONTINUE APRIL 16, 2018 STATUS CONFERENCE TO MAY 7, 2018; ORDER** |
| v. | Ctrm: 7 |
| | Hon. Sheila K. Oberto |
| BLAKE ANDREW RYAN, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brian W. Enos, counsel for the government, and John F. Garland, counsel for Defendant Blake Andrew Ryan ("defendant"), that this action's **Monday, April 16, 2018 status conference be continued to Monday, May 7, 2018, at 1:00 p.m.**

The parties base this stipulation on good cause. To explain, on January 3, 2018, defendant appeared at the U.S. District Court in Fresno, California (Courtroom 10) for his arraignment and detention hearing. Doc. 6. Defendant's detention hearing was continued to January 5, 2018, and at the conclusion of this hearing, the court set an initial status conference to take place in Courtroom 7 on

1

April 16, 2018.  Doc. 10.  On March 28, 2018, counsel for the parties received a note from chambers of Courtroom 7 advising that there "will not be criminal status conference calendar that day", and asking the parties to instead select April 30, 2018 or May 7, 2018.  After conferring about this issue, counsel for both parties determined that they were both available on May 7, 2018.

    For the above stated reasons, the stipulated continuance will conserve time and resources both for the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A).

McGREGOR W. SCOTT
United States Attorney

Dated: April 4, 2018

By: Brian W. Enos
BRIAN W. ENOS
Assistant U.S. Attorney

(As auth. 4/4/18)

Dated: April 4, 2018

  /s/  John F. Garland
John F. Garland, Esq.
Attorney for Defendant

## ORDER

IT IS SO ORDERED.

Dated:  **April 5, 2018**　　　　　　　　　　*/s/ Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE