McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:17-cr-00305 LJO/SKO |
| Plaintiff, | **STIPULATION TO VACATE JULY 2, 2018 STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING FOR JULY 9, 2018; ORDER** |
| v. | |
| | Ctrm: 4 |
| BLAKE ANDREW RYAN, | Hon. Lawrence J. O'Neill |
| Defendant. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brian W. Enos, counsel for the government, and John F. Garland, counsel for Defendant Blake Andrew Ryan ("defendant"), that this action's status conference set for Monday, July 2, 2018 in Courtroom 7 be vacated and the matter be set for a change of plea hearing on Monday, July 9, 2018 at 1:30 p.m. or as soon thereafter on that date as the matter may be heard.

The parties base this stipulation on good cause. To explain, on June 20, 2018, the parties filed an executed plea agreement. Doc. 18. Defendant is also prepared to travel to court in Fresno, California from his home in Susanville, California on July 9, 2018 to attend a change of plea hearing with the court

1

that afternoon at 1:30 pm, or as soon thereafter as the matter can be heard.  Accordingly, the July 2, 2018 status conference is no longer necessary.

For the above stated reason, this stipulation will conserve time and resources both for the parties and the court, and one week extension between court appearances resulting from this stipulation shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A).

|  |  |
|---|---|
|  | McGREGOR W. SCOTT<br>United States Attorney |
| Dated: June 26, 2018 | By: Brian W. Enos<br>BRIAN W. ENOS<br>Assistant U.S. Attorney |
|  | (As auth. 6/26/18) |
| Dated: June 26, 2018 | /s/ John F. Garland<br>John F. Garland, Esq.<br>Attorney for Defendant |

**ORDER**

IT IS SO ORDERED.

Dated:  **June 26, 2018**          /s/ Lawrence J. O'Neill          
UNITED STATES CHIEF DISTRICT JUDGE