JOHN F. GARLAND #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant,
BLAKE ANDREW RYAN

FILED

AUG 15 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BLAKE ANDREW RYAN,<br><br>Defendant. | Case No. 1:17-CR-00305 LJO-SKO<br><br>**APPLICATION FOR ORDER EXONERATING CASH BOND AND ORDER THEREON** |

Defendant, BLAKE ANDREW RYAN, by and through his counsel, John F. Garland, hereby moves the Court for an order exonerating the cash bond deposited with the Clerk of the Court in the above captioned case.

On January 3, 2018 defendant BLAKE ANDREW RYAN was arrested pursuant to a Warrant of Arrest issued by this Court for charges in the above captioned case. On January 5, 2018 United States Magistrate Judge Sheila K. Oberto ordered the release of Mr. Ryan, setting conditions of pretrial supervision, and a $2,500 cash bond. BLAKE ANDREW RYAN was released from custody on January 8, 2018 following the deposit of $2,500 cash with the Clerk of the Court by REX WILLIAM RYAN on January 5, 2018 [Doc. 11 (Receipt # CAE100037774)].

1

On July 9, 2018 BLAKE ANDREW RYAN appeared before this Court and entered a plea of guilty to Count 1 of the Indictment. On that date this Court remanded BLAKE ANDREW RYAN into the custody of the United States Marshal pending sentencing [Doc. 21]. Mr. Ryan is currently in the custody of the United States Marshal at the Lerdo Detention Facility in Bakersfield, Kern County, California.

BLAKE ANDREW RYAN hereby requests the Court exonerate the cash bond set by the Magistrate Judge and order the Clerk of the Court to return the $2,500 cash (Receipt # CAE100037774) to REX WILLIAM RYAN at 720 Cameron Way, Susanville, CA 96130.

Dated: August 11, 2018                    Respectfully submitted,

                                          /s/ John F. Garland
                                          John F. Garland
                                          Attorney for Defendant
                                          Blake Andrew Ryan

## ORDER

IT IS HEREBY ORDERED that the cash bond posted by REX WILLIAM RYAN is exonerated and the Clerk of the Court is directed to return the $2,500 cash (Receipt # CAE100037774) to REX WILLIAM RYAN at 720 Cameron Way, Susanville, CA 96130.

**IT IS SO ORDERED**

Dated: Aug 15, 2018                       _____
                                          Honorable Lawrence J. O'Neill
                                          Chief United States District Judge